IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-594-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* Jason Kattoula, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WORLDWIDE LANGUAGE )<br>RESOURCES, LLC, )<br>)<br>Defendant. )<br>)<br>) | ORDER<br><br>**FILED UNDER SEAL** |

The United States of America having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

It is hereby ORDERED as follows:

1. The Relator's Complaint, the government's first and second motions to extend the seal period, the Court's orders granting those motions, the government's Notice of Declination, and this Order be unsealed.

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants.

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon

1

the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time.

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the United States.

6. Should Relator pursue this matter further, all orders of this Court shall be sent to the United States.

7. Should Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED.

This 20th day of October, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge

2

Case 5:20-cv-00594-FL   Document 17   Filed 10/20/21   Page 2 of 2