UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JASON KATTOULA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| | ) | No. 5:20-CV-594-FL |
| WORLDWIDE LANGUAGE | ) | |
| RESOURCES, LLC | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 14, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 18, 2024 that costs are awarded to defendant in the amount of $1,965.24.

**This amended judgment Filed and Entered on June 18, 2024, and Copies To:**
Michael C Harman (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog /Daniel N. Mullins/ Marian Burroughs (via CM/ECF Notice of Electronic Filing)

June 18, 2024            PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                (By)Sandra K. Collins, Deputy Clerk